**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 20 2013

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. *1:13CV00050 KGB/ NDy*

Jury Trial: ☑ Yes   ☐ No
(Check One)

I.      Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: *Byron L. Conway*
ADC # *113285*

Address: *300 Correction Dr. Newport, Ar 72112*

Name of plaintiff: _____
ADC # _____

Address: _____  **This case assigned to District Judge** *Baker*
**and to Magistrate Judge** *Young*
Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.      Name of defendant: *Corizon, Inc. (flkla cns)*

Position: *Contracted Medical Care Provider*

Place of employment: *Corizon, Inc.*

Address: *300 Correction Dr. Newport, Ar 72112*

Name of defendant: *Betty Hutchinson*

Position: *Advanced Nurse Practicioner*

Place of employment: *Corizon, Inc.*

Address: 300 Correction Dr. Newport, Ar 72112

Name of defendant: Dr. Melvin Nance

Position: Medical Doctor

Place of employment: Corizon, Inc.

Address: 300 Correction Dr. Newport, Ar 72112

Name of defendant: Billy Cowell

Position: Health Services Administrator / Reg. Nurse

Place of employment: Corizon Inc.

Address: 300 Correction Dr. Newport, Ar 72112

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☒    both official and personal capacity

III.    Previous lawsuits

A    Have you begun other lawsuits in state or federal court dealing with the same    facts involved in this action?

Yes ☒    No __

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

☐    Court (if federal court, name the district; if state court, name the county):

Defendants- Continued

Name of Defendant: Jennifer Horn
Position: LPN/RN
Place of Employment: Corizon, Inc.
Address: 300 Correction Dr. Newport, Ar 72112

Name of Defendant: Wendy Kelley
Position: Dep. Director of Health and Correctional
        Programs.
Place of Employment: Arkansas Dept. of Correction
Address: P.D. Box ~~8707~~ 8707 Pine Bluff, Ar 71611-8707

☐   Docket Number: N/A

☐   Name of judge to whom case was assigned: N/A

☐   Disposition: (for example: Was the case dismissed?  Was it appealed?
     Is it still pending?) Dismissed. No Judgments made

☐   Approximate date of filing lawsuit: between 2009- 2011

☐   Approximate date of disposition: N/A

IV.   Place of present confinement: Ark. Dept of Correction Grimes

Unit, 300 Correction DR.

V.   At the time of the alleged incident(s), were you:
     (check appropriate blank)

_____   in jail and still awaiting trial on pending criminal charges

___X___   serving a sentence as a result of a judgment of conviction

_____   in jail for other reasons (e.g., alleged probation violation, etc.)
          explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of
      administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner
      grievance procedure in the Arkansas Department of Correction, and in several county jails.
      Failure to complete the exhaustion process provided as to each of the claims asserted in this
      complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

      Did you file a grievance or grievances presenting the facts set forth in this complaint?

      Yes X    No ____

      Did you completely exhaust the grievance(s) by appealing to all levels within the
      grievance procedure?

      Yes X    No ____

      If not, why? _____

VII.    Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheets if necessary.)

1). This court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. " 1331 (1) and 1343.

2) At all times relevant and mentioned to herein, the plaintiff, namely, Byron L. Conway, is a born'ed citizen of the united states, as well as the state of Arkansas. He is currently an inmate within the Arkansas Department of Correction (ADC), Grimes Unit, 300 Correction Dr. Newport, Arkansas 72112.

3). At all time relevant during this complaint, Corizon, Defendant Inc., is the contracted medical care provider in joint-activity with the "ADC" to provide quality health care to ADC inmates, including the plaintiff "Conway"

4) At all times relevant during this complaint
defendant, DR. Melvin Dance, is the medical
doctor and at the Grimes Unit. He is responsible
for providing adequate health care to ADC inmates.
Including the plaintiff "Conway" He is being sued
in his official and personal capacities.

5) At all times relevant during this complaint
defendant Billy Cowell, Health Service Administrator
and Registered Nurse, is responsible for providing
adequate healthcare, as well as recieving and investi-
gating Step 2 grievance complaints and ensuring
that adequate healthcare is being provided. He is
being sued in his official and personal capacities.

6) At all times relevant during this complaint
defendant, Betty Hutchinson, is the Advanced
Practitioner's Nurse and was responsible for
"Conway" GERD chronic care. She is being sued
in her official and personal capacities

7) At all times relevant during this complaint
defendant "Jennifer Horn", Registered Nurse, was re-
sponsible for Ensuring and providing "Conway"

adequate and quality healthcare and respon-
sibility as Corizon, Inc. grievance officer was
responsible for recieving and responding to
Step 1 grievances and Request for Interviews.
She is being sued in her official and personal capacities.

8). All of the above named defendants are employed
by Corizon, Inc.

9). At all times relevant during this complaint
defendant, Wendy Kelley, is the Deputy Dir-
ector of Health and Correctional Programs, she is
responsible for recieving and investigating medi-
cal grievances and also responsible as an Arkan-
sas Department of Correction Employee to provide
quality and adequate healthcare to Conway. She
is being sued in here personal capacity.

10). At the above mentioned defendant have and
continue to act under the "Color Of State
Law. And is being sued in their official
and personal capacities. "Kelley" is being sued
in her personal capacity only.

Defendant Wendy Kelley

11) Kelley, during the times of April 20, 2009 to December 2012 was the deputy director of health and correctional programs. Kelley also had a registered nurse as an assistant. Kelley duty consisted of recieving, investigating grievances of medical nature. During the time mentioned above, Kelley recieved seventy-seven (77) medically related grievances concerning Corizon, Inc. and it's employees actions. 17 or more of the grievances were concerning Conway GERD medically condition. After being informed of Conway recieving inadequate medically care, such as denied outside access to medical care, missed medications, delayed doctor referral, etc. Kelley, continuously failed to take corrective action. Not was Kelley informed by grievances appeals but also several "Request for Interviews" Kelley exhibited "Deliberate Indifference" to Conways health by failing to act on information indicating that the unconstitutional acts were wrong.

12) As a result of Kelleys "Deliberate Indifference" Conway suffered from pain and was later diagnosed with Gastritis

Defendent Corizon, Inc.

13) Corizon, Inc. had a "systematic deficiency" in staffing that knew how to conduct "Intake Screening" for inmate being transfered from one unit to another unit's isolation/segregation. April 2009, "Conway" was transfered from the Wrightsville Unit to the EARU max unit isolation. "Conway" was not screened upon intake. As a result did not recieve his medications for 6-days. May 2010 "Conway" was transfered from EARU isolation to Tucker max isolation. "Conway's" medical jacket was not thorougly reviewed upon intake. As a result "Conway" did not recieve his medications. Also was not referred to see a doctor as the nurse at EARU had put in his medical jacket. July 2010, "Conway" was transfered from Tucker Max segregation to Grimes Unit segregation. "Conway's medical jacket was not thoroughly reviewed during intake screening. As a result, "Conway" did not recieve a "chronic care" visit until April/May 2011.

14) Corizon, Inc. had a policy and/or custom or practice that allowed it's employees to prescribe the same medications over and over again knowing they were ineffective.

15) Corizon had a policy or custom or practice that allowed it's employees to continuously disregard requests for outside medical care.

16) Corizon lack procedures that do not allow for proper diagnosis and treatments.

17). Corizon had a unconstitutional policy, custom or action that allowed it's employees to prescribe medications that the pharmacy warned against.

18) As a result of Corizon, Inc. unconstitutional policies, customs or actions, "Conway" suffered for over 2-years from a deteriorating GERD condition and was later diagnosed with Gastritis.

19) Corizon, also allowed for it's employees to take weeks, even months to respond to inmate's including "Conway's" Request for Interviews" which cause a backlog and a delay in adequate medical care

Defendant Dr. Melvin Nance.

20) "Nance", medical doctor was responsible for providing Conway adequate medical care during the time Conway arrived at the Grimes Unit until his departure October/November 2012.

21) "Nance" prescribed "Conway" medication before thorough reviewing "Conway" medical jacket. "Nance" had a practice of prescribing medications every time a nurse went to him with a sick call. At one point and time Corizon employee such as "Dr. Nance" had "Conway" taking over 16-medications for his GERD condition.

22) "Nance" knew that semethicone had mint in it and could excerberate "Conway" GERD but failed to act on the matter knowing that it could cause deterioration.

23) "Nance" once prescribed Conway a hemroid cream when he did not have hemroids.

24) "Nance" continued to approve of "Conway" being prescribed the same ineffective medications after several sick calls. "Nance" fail to act on the matter of prescribing medications to "Conway" that contained NSAID's. which he knew was harmful to "Conways" condition.

25) "Nance" failed to request an EGD after knowing of Coniway's condition and symptoms that cause for one.

26) "Nance" had "Conway" taking over 3 medications
that was harmful to his health.

27). As a result of "Nance" Deliberate Indifference"
Conway suffered from pain for over 2 years and
was later diagnosed with "Gastritis".

Defendant Jennifer Horn

28) "Horn, Grimes Unit Medical Grievance Officer, responded to most of "Conway's Step One grievances from the time of July 20, 2010 to December 2012. Horn" Knew of "Conway" GERD condition but failed to act on the matter Knowing the Conway condition could deteriorate if Not treated properly. "Horn" being a registered nurse had knowledge of this but deliberately failed to act on the matter by responding to "Conway" numerous complaints stating "You are being treated for your complaints. Utilize the sick call. Drop A sick call! causing a bigger

29) As a result of "Horn" Deliberate Indifference" Conway was delayed medical care, suffered from pain for 2-years and was later Diagnosed with

Defendant Billy Cowell

30) "Cowell", Grimes Unit Health Services Administrator and a registered nurse, recieved and investigated Conway's Step 2 grievances. "Cowell continuously concurred with "Horn's decision Knowing that his nursing staff was continuously in violation of law and policies. Such as nurse getting fired for having sex at work, not doing sick calls on time, not completing doctor referrals, not ensuring that medications were being administered, etc.

31) "Cowell" being a registered nurse failed to act on plaintiff's complaints by reviewing his medical jacket to see if any of Conway's medications aggravated his GERD condition and taking corrective action by ensuring that the issue was brought to Dr. Nance and Hutchinson attention and medications were discontinued.

32) As a result "Cowell's" Deliberate Indifference," Conway" suffered for 2-years and was delayed medical care and was later diagnosed with Gastritis.

Defendant Betty Hutchinson

33) "Hutchinson", Advanced Practictioner's Nurse, began to see "Conway" May 2011 at "Chronic Care" for his GERD condition. Hutchinson knew that "Conway" GERD condition could deteriorate if not properly treated. "Hutchinson" failed to properly act on the matter by reviewing "Conway's" medical jacket to see if any medications that he was on was harmful to his GERD. At the time, "Conway" was taking Excedrin Migraine APAP for headaches, a medication that contained NSAID's

34) "Hutchinson" failed to act by requesting an EGD after "Conway" requested one mid-2011 and for symptoms that caused for one.

35) "Hutchinson" failed to act by thoroughly reviewing "Conway" medical jacket to see if he was being prescribed the same medications over and over to see if they was ineffective.

36) As a result of "Hutchinson's" "Deliberate Indifference" "Conway" suffered for 17 or 18 months from pain and suffering.

37) Mid-October while in segregation "Conway" submitted "Hunger Strike Notices" to medical and mental health staff and staff at ADC central office concerning his GERD and mentioned a EGD.

38) October 29, 2012 "Conway" was transported to Harris Hospital to Dr. Donald Pate's office. Conway". "Conway" explained his symptoms to Pate. Pate told "Conway" that he was intelligent. "Pate" reviewed Conway's medical jacket. "Pate" told "Conway". "Here's a part of your problem. This medication is working against you, Tylenol. And the Dycyclomine!" Pate discontinued the 2-medications, one being one that I complained/appealed to defendant Kelley about. Dicyclomine.

39) Defendant "Kelley" failed to act on the matter by properly investigating the medication already knowing of my GERD condition and knowing that it could deteriorate if not properly treated

40) Pate prescribed "Reglan" and scheduled the EGD.

41) Corizon had pulled Dr. Nance from the Grimes Unit but failed to provide staff that could review Dr. Pate's recommendations. As a result Conway continued to suffer.

42) On November 8, 2012 "Conway" wrote a step 1 grievance against medical regarding the "Reglan".

43) On November 13, 2012, Conway began to recieve the "Reglan".

44) On November 13, 2012, Dr. Pate performed the EGD on "Conway".

45) On November 25, 2012 "Conway" ~~told~~ was diagnosed by Dr. Pate with Gastritis: Inflammation of the stomach. "Pate" told "Conway" that he should get out of prison and go to college to be a doctor.

46) As of this day "Conway" continues to suffers from Gastritis along with his GERD as a result of the above mentioned's Deliberate Indifference and Cruel and Unusual Punishment in violation of the Eighth (8) Amendment of the United States Constitution.

47) "Conway" suffered from "stomach pain and cramps, Esophagial pain, chest pains for 2-years.

48) Therefore "Conway" submits this complaint against all the above mentioned defendants for violating "Conway" Eighth Amendment Right To Be Free from Cruel And Unusual Punishment [3] Deliberate Indifference

# Claims For Relief

49) To award the plaintiff $ <u>100,000.00</u> in <u>compensatory damages</u> for each responsible/liable defendant for Eighth Amend. Violation, physical injury and pain and suffering.

50) To award the plaintiff $ 250,000.00 in <u>punitive damages</u> for each responsible/liable defendant for reckless disregard, etc.

I declare under penalty of perjury (18 USC: 1621) that the foregoing is <u>true</u> and <u>correct</u>.

Executed on this <u>12th</u> day of <u>May</u>   20<u>13</u>.

Respectfully Submitted,
isl Byron L. Conway # 113285
Byron L. Conway # 113285
Grimes Unit
300 Correction Dr
Newport, Ar 72112

Plaintiff Request File Marked Copy!

IGTT430
3GD

Attachment VI

INMATE NAME: Conway, Byron          ADC #: 113285          GRIEVANCE#:GR-12-02212

October 29, 2012, you grieved Dr. Pate informed you that two medications you were taking were working against your condition and other medications caused further deterioration. You state Dr. Pate has discontinued the medication and is going to bring you back for an EGD.

The medical department responded, 'Records reflect that you were seen by Dr. Pate on 10/29/2012 and recommendations were made to obtain a EGD. The specialists is not a Corizon physician;therefor, the recommendation must be reviewed and implemented by a unit provider. Ms. Lafevers APN reviewed recommendations by the outside provider on 10/29/2012 and you were scheduled for a EGD. In conclusion, recommendations received from outside providers are reviewed and are considered in the development of your individual treatment plan; however, the unit provider is authorized to implement treatment plans as deemed necessary and clinically indicated based on their medical judgement. Your grievance is without merit."

You disagree with this response in your December 4 appeal because you have complained about inadequate medical care for over two years. You claim that Dr. Pate proved that you have received inadequate medical care and it is ADC's responsibility to ensure you receive adequate medical care.

This issue was addressed in response to GR12-1913 and other appeals you have submitted. The Inmate Grievance Procedure allows you to grieve an incident or issue within 15 days of its occurrence.

Dr. Pate's recommendation of treatment does not prove that you have received inadequate medical care. Refer to the other responses.

This appeal is without merit.

Director _____          Date _1/4/13_____

IGTT420
3GH

*BK1/14*

Attachment IV

INMATE NAME: Conway, Byron          ADC #: 113285C          GRIEVANCE #: GR-12-02212

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(619) Your 11/1/2012 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you. You state that recommendations made by outside providers have not been implemented. Records reflect that you were seen by Dr. Pate on 10/29/2012 and recommendations were made to obtain a EGD. The specialists is not a Corizon physician;therefor, the recommendation must be reviewed and implemented by a unit provider. Ms. LaFevers APN reviewed recommendations by the outside provider on 10/29/2012 and you were scheduled for a EGD.
In conclusion, recommendations received from outside providers are reviewed and are considered in the development of your individual treatment plan; however, the unit provider is authorized to implement treatment plans as deemed necessary and clinically indicated based on their medical judgement. Your grievance is without merit.
If your medical condition changes please address any changes through the sick call process.

*Billy Cowell*

*Bill Cowell*
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

_N C A_          Billy C Cowell          12/03/2012
                      Title                    _12-3-12_
                                                  Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 10 2012

HEALTH & CORRECTIONAL PROGRAMS

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I'm complained to ADC officials for over 2-years regarding inadequate medical care regarding the contracted medical care provider And it's Employees. It is ADC official responsibility to Ensure that I recieve adequate medical care and to supervise the medical contract. Dr. Pate proved that I have been recieving inadequate medical care. My medical Jacket, grievances and "Request for Interviews will speak for itself. Ray Hobbs, Wendy Kelley and Rory Griffin is responsible

_____   _113285_   _12-4-12_
Inmate Signature                ADC#              Date



RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 1 0 2012

HEALTH & CORRECTIONAL PROGRAMS

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Received/Grievance

Unit/Center _Grimes_

NOV 0 1 2012

Name _Byron Conway_

Grimes Unit

ADC# _113285_   Brks # _1_   Job Assignment _Unassigned_

<table>
<tr><td colspan="2">FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. #</td><td>GR-12-0rr12</td></tr>
<tr><td>Date Received:</td><td>11/1/12</td></tr>
<tr><td>GRV. Code #:</td><td>606</td></tr>
</table>

_10/29/12_ (Date) STEP ONE:  Informal Resolution

_10/31/12_ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I was delayed for over_
_a year of an EGD after requested for what my symptoms causfor_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _YES_  _If yes, circle one:_ (medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected.  (Please Print): _10/29/12 Grimes Unit. I am sub-_
_mitting this complaint against the Arkansas Dept of Correction and its_
_Employees, Ray Hobbs Director, Wendy Kelley Dep. Dir., Rory Griffin, Medical_
_Admin and Corizon Inc. and it's Employees Dr. Melvin Nance M.D._
_Tom Bradshaw Reg. Admin Betty Hutchinson APN for Deliberate Indifference_
_To My Health (Acute) Chronic G.E.R.D Digestive System. Tacit Authorization_
_of violative practices, negligent supervisor, medical malpractice, breach of_
_contract, physical injury pain and suffering, emotional and mental distress_
_at violating AR 833 Health Services. I just returned from seeing Dr._
_Donald Pate. He informed me that two medications Tylenol and Dy-_
_cidomine was working against my condition, which was prescribed_
_by Nance. Other medications caused further destoration. Dr. Pate_
_discontinued the meds and is going to bring me back for an EGD._
_I have suffered for over 2-years under the above mentioned care._

_B___ Co___ (Inmate Signature)                            _10/29/12_

Inmate Signature                                            Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_No_ (Yes or No).  This form was forwarded to medical or mental health? _yes_ (Yes or No).  If yes, name of the person in that department receiving this form: _____  Date _10-29-12_

_Sgt. Brad Robertson_  _56716_  _Sgt Burl ___(signature)___  _10/22/12_

**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _you were seen by Dr. Pate_
_on 10-29-12 and recommendations were made. The unit physician will_
_review these recommendations and develop a treatment plan._

_____(signature)_ HSA _10-31-2012_                _Byron Conn___  _10-31-12_

Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**.  Is it an Emergency?  (Yes or No).

Staff Who Received Step Two Grievance: _____  Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____  Date: _DEC 10 2012_

RECEIVED
ARKANSAS DEPARTMENT
OF CORRECTION

**DISTRIBUTION:  YELLOW & PINK –** Inmate Receipts; **BLUE-**Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

**INMATE NAME:** Conway, Byron          **ADC #:** 113285          **GRIEVANCE#:** GR-12-02401

---

November 25, 2012, you grieved you have not been treated appropriately over the last two years for your stomach complaints.

This issue was addressed in other grievances including GR-12-02212. Refer to those responses.

This grievance did not follow the timeframe in the grievance policy and should have been rejected; therefore, the appeal is without merit.

---

Director: _Wendy Kelley_          Date: 1/4/13

IGTT420
3GH

Attachment IV

INMATE NAME: Conway, Byron        ADC #: 113285C        GRIEVANCE #: GR-12-02401

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(619) Your 11/25/2012 grievance has been received and reviewed to determine if medically necessary health care, as determined by your health care providers, has been provided to you.
You state that you do not feel that your medical complaints concerning your stomach have been addressed appropriately.
You were seen by providers on 2/4/2012, 2/7/2012, 7/2/2012, 9/5/2012, 10/10/2012, 11/21/2012 and 12/4/2012. You were seen by a outside provider on 11/13/2012 and a EGD was completed. Your current treatment plan is based on findings of that procedure.
In conclusion, your current medical treatment is being and has been addressed by qualified medical professionals. You will continue to receive appropriate care/as determined necessary and clinically indicated based on your providers judgement. Your grievance is without merit.
If your medical condition changes please address any changes through the sick call process.

_Billy Cowell_

_Billy Cowell_
Signature of Health Services         RECEIVED-DEPUTY DIRECTOR         _N.J.A._ Billy C Cowell         12/27/2012
Administrator/Mental Health Supervisor   ARKANSAS DEPARTMENT                                              12-27-12
Designee                              OF CORRECTION                              Title                        Date

JAN 8 2013

### INMATE'S APPEAL

HEALTH & CORRECTIONAL PROGRAMS

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I have complained About My stomach And digestive system And About Grimes Unit Medical Since being At the Grimes Unit. Wendy Kelley recieved And responded to many of the complaints. I requested An EGD over A year Ago with symptoms that caused for An EGD. Dr. NANCE did not have me on not just one, but two medications that was harmful to my G.E.R.D. And had prescribed other NSAID's in the past. I am in the custody of the ADC. It is Ray Hobbs, Wendy Kelley and Rory Griffins duty to Ensure that I recieve adequate medical. Corizon, Inc. does not relieve the ADC of its duty.

Byron Conway        113285        12-27-12

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center __Grimes__                                    Received/Grievance

Name __Byron Conway__                                    NOV 3 0 2012

ADC# __113285__   Brks # __1__   Job Assignment __Grimes Unit Porter__

| FOR OFFICE USE ONLY |
|---|
| GRV. # __GR-12-02401__ |
| Date Received: __11/30/12__ |
| GRV. Code #: __(00)__ |

__11-25-12__ (Date) STEP ONE: Informal Resolution

__11-29-12__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __I complained for 2-years about inadequate medical care. Dr. Pate proved it.__

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ __YES__ _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, _date_, place, name of personnel involved and how **you** were affected. (Please Print): __11-25-12, Grimes Unit, I am submitting this complaint against The Arkansas Department of Correction and it's Employees Wendy Kelley Dep. Dir of Health and Correctional Programs, Rory Griffin, Administrator of Medical and Dental Services Ray Hobbs, ADC Director for violating AR 833 Health Services, AD 10-04 Health Care Co-Pay, Breach of Contract, Negligent Supervision of Contracted Medical Care Provider and Deliberate Indifference to My Health. I continue to suffer from "Gastritis" "Inflammation of the stomach" due to negligent medical care provided by the contracted medical care provider and it's Employees Dr. Nance, M.D. Betty Hutchison, APN, Jeniffer Horn, Grievance Officer, Billy Cowell, HSA "Gastritis" was caused by medications such as "Dicyclomine, Tylenol, APAP Excedrin, that was prescribed by the above mentioned. The ADC staff received many complaints from me concerning my health care over a 2-year period. I suffered GI Bleeding also, stomach cramps, etc.__

__Byron Conway__                                    __11-25-12__
Inmate Signature                                        Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __11/26/12__ (date), and determined to be Step One and/or an Emergency Grievance __No__ (Yes or No). This form was forwarded to medical or mental health? __yes__ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date __11-26-12__

__Sgt Brad Robertson__   __56116__   __Sgt Brad Robertson__   __11/26/12__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: __A review of your medical record reveals that your medical conditions and complaints have been and are currently being addressed. If you have further problems please utilize the sick call process.__

__Billy Cowell__   __11-29-12__                        __Byron Conway__   __11-29-12__
Staff Signature & Date Returned                        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____

RECEIVED-DPP (stamp)
ARKANSAS DEPARTMENT
OF CORRECTION

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: __JAN 3  2013__

----

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Conway, Byron          ADC #: 113285          GRIEVANCE#:GR-12-01913

September 24, 2012, you grieved you are constantly being denied medical care. You complain Dr. Fallhowe denied a request for an EGD consult and recommended some medications you have taken 3 to 5 times without any relief. You accuse multiple staff of delaying your healthcare related to your EGD referral.

The medical department responded, "On 10/10/12 the medical provider submitted a consult referring you for an EGD, it was returned on 10/11/12 as criteria met and your appointment has been scheduled. In conclusion, your consult was processed timely; therefore, your grievance is without merit. However it is being found as merit but resolved due to the fact that your Step 2 response was delayed. If your medical condition changes please address any concerns through the sick call process."

You disagree with this response in your October 31 appeal because an EGD was delayed over a year after it was requested. You claim it was a procedure that was justified due to your symptoms.

You cannot grieve incidents that occurred more than 15 days prior to submitting Step One of the Inmate Grievance Procedure. On September 5 a consult for an EGD was submitted and returned with a recommendation to discontinue the NSAID you were prescribed, treat with Omeprazole, and monitor in primary care clinic. Dr. Fallhowe noted your lab results were unremarkable. This consult was resubmitted on October 10 noting you had been treated with multiple medication with no relief and continued to have reflux and esophageal burning. You were seen by Dr. Pate on October 29 and had the EDG performed on November 13 and were seen for follow-up on December 10. You are currently being treated with Reglan and Prilosec.

When conservative therapy did not improve your condition additional testing was approved. Your medications were adjusted. This appeal is without merit.

Wendy Kelley
Director

Date 1/3/13

IGTT420
3GH

BK1/74

INMATE NAME: Conway, Byron          ADC #: 113285C          GRIEVANCE #: GR-12-01913

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(655) Your 9/28/12 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You accuse staff of delaying your healthcare related to your referral for an EGD.

On 10/10/12 the medical provider submitted a consult referring you for an EGD, it was returned on 10/11/12 as criteria met and your appointment has been scheduled.

In conclusion, your consult was processed timely; therefore, your grievance is without merit. However it is being found as merit but resolved due to the fact that your Step 2 response was delayed.

If your medical condition changes please address any concerns through the sick call process.

| _B'ly Croell_ | _H. SA._ | _10-31-12_ |
|---|---|---|
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Title | Date |

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

## INMATE'S APPEAL

NOV 2 2012

HEALTH & CORRECTIONAL PROGRAMS

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I disagree due to the fact that I was delayed an EGD for over a year after it was requested, a procedure that my symptoms cause for. On monday October 29, 2012 I was taken to see a freeworld doctor Dr. Pate. He himself said I described the symptoms perfect. He said that Dr. Nance had me on 3-med that was working against my condition. Tylenol and Dicyclomine. And he discontinued the meds and he said that I had to be brought back for an EGD. My condition deteriorated instead of improved. My medical jacket will prove it. Dr. Fallowe, Betty Hutchinson, Corizon, Inc. Dr. Melvin Nance, Wendy Kelley, Ray Hobbs, John Maples Jr., Rory Griffin are all responsible for providing me adequate healthcare. But has failed to do so.

_Byron Cox_ _____   M3285   10-31-12
Inmate Signature                              ADC#              Date



RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

NOV 2 2012

HEALTH & CORRECTIONAL PROGRAMS

**UNIT LEVEL GRIEVANCE FORM** (Attachment I) Received/Grievance

Unit/Center _Grimes_

Name _Byron Conway_

ADC# _113285_    Brks # _ISO -128_    Job Assignment _____

SEP 28 2012

Grimes Unit

| FOR OFFICE USE ONLY |
|---|
| GRV. # _GR-12-0191 B_ |
| Date Received: _9-28-12_ |
| GRV. Code #: _600_ |

_9/24/12_ (Date) STEP ONE: Informal Resolution

_9/27/12_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _I've been taking the same medications for 3-years, repeatedly. I'm going to the courts._

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ **YES**  _If yes, circle one_ (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, _date_, place, name of personnel involved and how **you** were affected. (Please Print): _9-24-12, Grimes Unit, I am submitting this complaint against DR. Fallhowe, State Medical Director, Betty Hutchinson APN for Corizon, Inc. Dr. M Nance, M.D. for Corizon, Inc., Wendy Kelley, Ray Hobbs, Warden John Maples Jr., Kory Grimin, for Deliberate Indifference to my Health (G.E.R.D.) Tacit Authorization of violative practices, violation of AR 833 Health Services. A.C.A 12-29-401 medical care and for "ATTEMPTED MURDER". I am constantly being denied adequate medical care. DR. Fallhowe denied a EGD consultation and recommended some medications that I've already taken 3 to 5 times. The choices between alternative courses of treatment was medically unacceptable in the light of circumstances and that the above mentioned chose this course in conscious disregard in an excessive risk to my health. I've been complaining for 3-years. And still being prescribed the same garbage, I'm going to the federal course. IT IS ATTEMPTED MURDER!_

_[signature]_    _9-24-12_

Inmate Signature    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _9-24-12_ (date), and determined to be **Step One** and/or an Emergency Grievance _No_ (Yes or No). This form was forwarded to medical or mental health? _No_ (Yes or No). If yes, name of the person in that department receiving this form: _Attent Petty Jm_    Date _9-24-12_

_Richard Cole_ _____    73531    _[signature]_    _9-24-12_

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: _you were seen by DR. Nance on 9-5-12 and a request for EGD was submitted. An alternative treatment plan was suggested. DR. Fallhowe and you were ordered Omeprazole 20 mg BID please continue your current treatment plan. Resubmit a sick call with further problems._

_B.L Grell HSA 9-22-12_    _[signature]_    _9-27-12_

Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____    Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____    Date: _NOV 2 2012_

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

--------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

HEALTH & CORRECTIONAL PROGRAMS

IGTT430
3GD

Attachment VI

**INMATE NAME:** Conway, Byron          ADC #: 113285          GRIEVANCE#:GR-12-02290

---

November 8, 2012, you grieved you have not been treated appropriately for your GERD. You claim that you were seen by Dr. Pate and he discontinued two of your medications and prescribed a new one. You state it doesn't make sense that you are constantly being denied medical care.

This is a duplicate to your claim in GR-12-02042 that you were being denied treatment, just by different people. Duplicate grievances are without merit.

---

_Wendy Kelley_
**Director**

_1/4/13_
**Date**

IGTT420
3GH

*BK1/14*

Attachment IV

INMATE NAME: <u>Conway, Byron</u>      ADC #: <u>113285C</u>      GRIEVANCE #: <u>GR-12-02290</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(619) Your 11/13/2012 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.</u>
<u>You state that you want the outside providers recommendations reviewed. Records reflect that you were seen by Dr. Pate on 10/29/2012 and recommendations were made to obtain a EGD. The specialists not a Corizon physician; therefore the recommendation must be reviewed and implemented by a unit provider. Ms. LaFevers APN reviewed recommendations by the outside provider on 10/29/2012 and you were scheduled for a EGD.</u>
<u>In conclusion, recommendations recieved from outside providers are reviewed and are considered in the development of your individual treatment plan; however, the unit provider is authorized to implement treatment plans as deemed necessary and clinically indicated based on their medical judgement. Your grievance is without merit.</u>
<u>If your medical condition changes please address any concerns through the sick call process.</u>

*Billy Cowell*

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

HSA      Billy C Cowell          12/03/2012
              _____          _____
                    Title                    Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I complained to ADC officials for over 2-years about inadequate medical care. Dr. Pate proved it. Billy Cowell, Corizon Inc. Annette Gansz and Brenda Bridgmann

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 10 2012

HEALTH & CORRECTIONAL PROGRAMS

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Inmate Signature | ADC# | Date |

113285   12-4-12

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 1 0 2012

HEALTH & CORRECTIONAL PROGRAMS

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center __Grimes__

NOV 15 2012

Name __Byron Conway__

Grimes Unit

ADC# __113285__   Brks # __1__   Job Assignment __Shower Por__

FOR OFFICE USE ONLY
GRV. # 6R-12-02290
Date Received: 11/15/12
GRV. Code #: 600

__11-8-12__ (Date) STEP ONE: Informal Resolution

__11-13-12__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: My jacket should
have been recieved after 10/29/12.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why:

_____

*Is this Grievance concerning Medical or Mental Health Services?* YES *If yes, circle one:* (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): 11/8/12, Grimes Unit, I am
submitting this complaint against Corizon, Inc, Contracted Medical
Care Provider, Annette Gause, Administrative Asst, Nurse Brenda
Bridgman, Don and Billy Cowell, HSA for Deliberate Indiffer-
ence To My Health (GERD) and delay in medical care. On 10/29/12
I was seen by Dr. Pate at his office. Dr. Pate discontinued
2 medications and prescribed one, which was 10mg of something
I cant read the name of the medication. It doesn't make any
sense that I'm constantly being delayed medical care. I just
filed a complaint against Billy Cowell HSA with the Arkansas
State Board of Nursing last week. Dr. Pate's recommendation
need to be reviewed.

_____

__Byron L Conway__                                      __11/8/12__
Inmate Signature                                        Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __11/8/12__ (date), and determined to be **Step One** and/or an Emergency Grievance
__No__ (Yes or No). This form was forwarded to medical or mental health? __yes__ (Yes or No). If yes, name
of the person in that department receiving this form: __CW. Pettit 7809__ Date __11/8/12__
__Sgt Brad Robertson 56716__     __Sgt Brad Rob__     __11/8/12__
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, and dates: you were seen by an outside
provider on 10-29-12 and recommendations were suggested. It is the unit
providers decision if the outside providers recommendations will be followed.
Please let me know if you have further problems.
__Billy Cowell HSA 11-13-12__     __[signature]__     __Conway__     __11-13-12__
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date DEC 10 2012
If forwarded, provide name of person receiving this form: _____ Date: _____
HEALTH & CORRECTIONAL
-----------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL** - Given back
to Inmate After Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

**INMATE NAME:** Conway, Byron          **ADC #:** 113285          **GRIEVANCE#:** GR-12-02042

October 13, 2012, you grieved you have not been treated appropriately for your GERD, and Ray Hobbs and John Maples are violating your rights by holding you against your will and failing to provide medical care.

The medical department responded, "A review of your medical record reveals that you have been examined and treated for your condition on several occasions. You were seen most recently by Providers on 6/23/2012, 7/2/2012, 9/5/2012 and 10/10/2012 and appropriate care was given. For these reasons I find your grievance to be without merit. If your medical condition changes please address any changes through the sick call process."

You disagree with this response in your November 13 appeal because you have a disability and your condition has not been treated appropriately according to Dr. Pate. You claim that Director Ray Hobbs and Warden John Maples are liable for the deterioration of your health.

On September 5 a consult for an EGD was submitted and returned with a recommendation to discontinue the NSAID you were prescribed, treat with Omeprazole, and monitor in primary care clinic. Dr. Fallhowe noted your lab results were unremarkable. This consult was resubmitted on October 10 noting you had been treated with multiple medication with no relief and continued to have reflux and esophageal burning. You were seen by Dr. Pate on October 29 and had the EDG performed on November 13 and were seen for follow-up on December 10. You are currently being treated with Reglan and Prilosec.

The Inmate Grievance Procedure is in place to investigate any complaints or issues that are related to your health care. You are required to file these complaints within 15 days of the incident or issue in question and they are investigated utilizing the information you provide in your grievance. You were legally committed to the custody of the Arkansas Department of Correction, and any challenge to that commitment is non-grievable. Ray Hobbs and John Maples are not licensed physicians and cannot prescribe medical treatment and you did not provide any information to support your accusation that you were not fully evaluated for your health complaints and treated as deemed appropriate and clinically indicated based on your providers' medical judgement.

This appeal is without merit.

Wendy Kelley
_____
Director

1/4/13
_____
Date

IGTT420
3GH

BK/14                                                                    Attachment IV

INMATE NAME: <u>Conway, Byron</u>        ADC #: <u>113285C</u>        GRIEVANCE #: <u>GR-12-02042</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(619) Your 10/13/2012 grievance dated 10/16/2012 has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care provider, has been provided to you.</u>
<u>You state that you do not believe that appropriate care has been provided related to your GERD. A review of your medical record reveals that you have been examined and treated for your condition on several occasions. You were seen most recently by Providers on 6/23/2012, 7/2/2012, 9/5/2012 and 10/10/2012 and appropriate care was given. For these reasons I find your grievance to be without merit. If your medical condition changes please address any changes through the sick call process.</u>

*Billy Cowell*

*By Cm HSA      11-13-12*

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Billy C Cowell            11/13/2012
          Title                        Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? The policy-ban is in violation of ADA. ACA 12-29-401 medical care and 16-54-210. ~~and~~ and ~~Re 5 & 5 th 5 d~~. I have a disability and a legal right to adequate medical care. My condition has not been properly treated according to Dr. Pate 10/29/12. The ADC, Ray Hobbs and John Maples Jr is liable for the detercoration of my health condition.

*Byron Conway*            113285            11-13-12
        Inmate Signature                    ADC#                        Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

NOV 1 9 2012



HEALTH & CORRECTIONAL PROGRAMS

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Grimes_

Name _Byron Conway_                                  Received/Grievance

ADC# _113285_    Brks # _ISO-128_ Job Assignment _PUNITIVE_   OCT 16 2012

FOR OFFICE USE ONLY
GRV. # _GR-12-02042_
Date Received: _10/16/12_
GRV. Code #: _1000_

Grimes Unit

_10/13/12_ (Date) STEP ONE: Informal Resolution

_10/15/12_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _The policies are uncon-_
_stitution. The state and medical care provider has to accomodate the issues_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _yes_ _If yes, circle one:_ (medical) _or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _10/13/12, Grimes Unit. I am submitting_
_this complaint against The Arkansas Department of Corrections And it's_
_employees Ray Hobbs, ADC, Warden John Maples JR. for violating the_
_Americans with Disabilities Act (ADA) (AD12-09-Inmates), A.C.A. 12-29-_
_401 medical Care, A.C.A. 16-14-208 and 16-14-210. The ADC and it's officials_
_took claimant into it's custody and held him against his will it delegated it's constit-_
_ional obligation to provide medical care while punishing him by incarceration, failed_
_to supervise contracted medical care provider and failed to accomodate my G.E.R.D_
_Digestive Chronic Care condition which is a disability according to ADA 42 U.S.C._
_12101. I have a physical impairment that substantially limits more than one_
_major life activities, such as Eating, Sleeping, etc. And a record of the impair-_
_ment. The above has failed to provide me with a wedge pillow, liquid forms_
_medications in segregation. As a result of this, I am now taking 7 medications_
_for my digestive system and have severe damage to my stomach. And can no_
_longer eat hot foods, Acidic foods, High Fat Foods, Foods/Beverages with Caffeine,_
_or alcoholic Beverages._

_Byron Conway_                                           _10/13/12_
Inmate Signature                                         Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _10-13-12_ (date), and determined to be Step One and/or an Emergency Grievance _No_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _K Kinger_ Date _10/13/12_

_Sgt Powers, Irs_ _52098_ _Roger Tims_ _10-13-12_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _You are being treated for your complaints._

_(signature)_ _10-15-12_                    _Byron Con_ _10-15-12_
Staff Signature & Date Returned             Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).   RECEIVED
Staff Who Received Step Two Grievance: _____ Date: ____   ARKANSAS DEPARTMENT OF CORRECTION

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: ____

If forwarded, provide name of person receiving this form: _____ Date: _NOV 19 2012_

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL** – Given back to Inmate After Completion of Step One and Step Two.