IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**BYRON L. CONWAY**                                                                                    **PLAINTIFF**
**ADC #113285**

v.                           No: 1:13CV00050 KGB/HDY

**CORIZON INC.** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of May, 2013.

_____
Kristine G. Baker
United States District Judge